# CASOS PER CURIAM RESUELTOS DURANTE EL AÑO 1911.

No. 680. González *v.* Ortiz.—Apelación procedente de la Corte de Distrito de Ponce. Moción para que se desestime la apelación. Resuelto en enero 9, 1911. Denegada la moción. Abogado del promovente: *Sr. Felipe Casalduc.* Abogado de la parte contraria: *Sr. Francisco Parra.*

No. 307. El Pueblo *v.* Delgado (*a*) Aguila.—Apelación procedente de la Corte de Distrito de San Juan. Resuelto en enero 16, 1911. Confirmada la sentencia apelada. Abogado del apelante: *Sr. Adrián Agosto.* Abogado del apelado: *Sr. Jesús M. Rossy, Fiscal.*

No. 306. El Pueblo *v.* Toste.—Apelación procedente de la Corte de Distrito de San Juan. Resuelto en enero 16, 1911. Confirmada la sentencia apelada. Abogado del apelante: *Sr. Eugenio Benítez Castaño.* Abogado del apelado: *Sr. Jesús M. Rossy, Fiscal.*

No. 651. Hernández *v.* Pérez.—Apelación procedente de la Corte de Distrito de Mayagüez. Moción para que se desestime la apelación. Resuelto en enero 16, 1911. Denegada la moción. Abogado del promovente: *Sr. José Ramón Freyre.* Abogado de la parte contraria: *Sr. Cayetano Coll y Cuchí.*

No. 308. El Pueblo *v.* Batlle.—Apelación procedente de la Corte de Distrito de Mayagüez. Resuelto en enero 17,